UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY A. WILLIAMS (#433256) | CIVIL ACTION |
| VERSUS | NO. 18-1077-JWD-EWD |
| DARREL VANNOY | |

### RULING AND ORDER

Before the Court is a Petition for Writ of Habeas Corpus filed by Petitioner, Roy A. Williams ("Petitioner"), an inmate incarcerated at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana.[1] On or about December 11, 2018, Petitioner filed a 28 U.S.C. § 2241 application herein challenging his conviction for second degree murder, entered in the Parish of Lincoln in 2000.[2]

Petitioner has previously filed a petition for writ of habeas corpus in the United States District Court for the Western District of Louisiana regarding the same conviction.[3] 28 U.S.C. § 2244(b)(1) and (2) authorize dismissal of "second and successive" habeas corpus petitions, and § 2244(b)(3) directs a petitioner filing a "second and successive" habeas to obtain authorization from the appropriate Court of Appeals before filing the petition in District Court.

The instant Petition is another attempt to collaterally attack Petitioner's state court conviction, and Petitioner's claims are clearly successive. As Petitioner has not yet received permission from the Court of Appeals to file this successive petition in the District Court as required by statute, this Court lacks jurisdiction to consider his claims. Accordingly,

---

[1] R. Doc. 1.
[2] R. Docs. 1 & 1-2, p. 7.
[3] *See Roy Anthony Williams v. Warden, Burl Cain*, 13-cv-2620 (W.D. La. Sept. 6, 2013).

IT IS ORDERED that the Petition[4] be deemed successive, and that it be **DISMISSED** for lack of jurisdiction because Petitioner did not obtain permission from the United States Court of Appeals for the Fifth Circuit prior to filing.

**IT IS FURTHER ORDERED** that Petitioner's pending Motions[5] be **DENIED AS MOOT**.

Signed in Baton Rouge, Louisiana, on April 8, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[4] R. Doc. 1.
[5] R. Docs. 2 & 3.